**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lewis Dickson, | Civil No. 07-2189 (RHK/JSM) |
| Petitioner, | **ORDER** |
| v. | |
| State of Minnesota, | |
| Respondent. | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 19, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 17) is **ADOPTED**: and

2. The Petition for Writ of Habeas Corpus (Doc. No. 4) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 15, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
